# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>R. J. WILLIAMS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00792-LJO-GBC (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL<br>(Doc. 24)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RESEND FINDINGS AND RECOMMENDATIONS TO NEW ADDRESS ON FILE<br>(Docs. 27, 29)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO 12(b) MOTION<br>(Doc. 30)<br><br>30-DAY DEADLINE |

    Plaintiff Thornell Brown ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 9, 2010, Plaintiff filed a motion to compel the San Diego County Sheriff's Department to allow Plaintiff to obtain his pro se legal materials. On September 17, 2010 Plaintiff filed a notice of change of address and since then, documents sent to the Plaintiff have been returned. On November 4, 2010, Plaintiff filed a notice to the Court from the new address on file that he has received the legal materials that he will need to oppose the motion to dismiss and Plaintiff requests a forty-five (45) day extension to file an opposition to the motion to dismiss.

    Based on Plaintiff's November 4, notice of receiving legal materials necessary to proceed in this action, Plaintiff's motion to compel filed on July 9, 2010 is DENIED as moot. Moreover, the

Court DIRECTS the Clerk's office to resend the September 1, 2010 Findings and Recommendations to the new address on file for the Plaintiff. Given that good cause has been presented to the court, IT IS HEREBY ORDERED that:

Plaintiff's request is GRANTED IN PART and Plaintiff has thirty (30) days from the date of service of this order in which to file an opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated:   November 25, 2010

UNITED STATES MAGISTRATE JUDGE