# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN, | CASE NO. 1:09-cv-00792-LJO-GBC (PC) |
| Plaintiff, | |
| v. | ORDER STRIKING FINDINGS AND RECOMMENDATIONS AS MOOT (Doc. 27) |
| R. J. WILLIAMS, et al., | |
| Defendants. | |

On July 9, 2010, Plaintiff filed a motion for injunctive relief to recover legal materials. On September 1, 2010, the Court filed a findings and recommendations addressing Plaintiff's motion for injunctive relief. On November 4, 2010 Plaintiff filed a notice that he received his legal materials and on November 29, 2010 the Court denied as moot Plaintiff's request for injunctive relief. Accordingly the Court's findings and recommendations filed on September 1, 2010 is also moot. Therefore, the Court HEREBY ORDERS:

1. The Clerk's Office shall strike as moot the Findings and Recommendations filed on September 1, 2010.

IT IS SO ORDERED.

Dated: December 30, 2010

UNITED STATES MAGISTRATE JUDGE

1