# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORNELL BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. J. WILLIAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.: 1:09-cv-00792-LJO-GBC (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL<br>(Doc. 50)<br><br>THIRTY-DAY DEADLINE |

　　　Plaintiff Thornell Brown ("Plaintiff") is a state prisoner proceeding in forma pauperis ("IFP") in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed May 4, 2009, against Defendants Williams and Gonzales ("Defendants") for subjecting Plaintiff to unconstitutional conditions of confinement following the use of force on May 23, 2005, in violation of the Eighth Amendment. Doc. 1; Doc. 8; Doc. 34; Doc. Doc. 39.

///
///
///
///
///
///

1

1       Defendants were required to file an opposition or a statement of non-opposition to the motion within twenty-one days of Plaintiff's motion to compel filed on November 21, 2011, but has not done so. Local Rule 78-230(m). Accordingly, within **thirty (30) days** from the date of service of this order, Defendants must file an opposition or a statement of non-opposition to Plaintiff's motion to compel filed on November 21, 2011. Doc. 50.

IT IS SO ORDERED.

Dated:    December 20, 2011

UNITED STATES MAGISTRATE JUDGE